# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIEH Y. L.,[1] <br><br> Plaintiff, <br> v. <br><br> FRANK BISIGNANO,[2] <br> Commissioner of Social Security Administration, <br><br> Defendant. | Case No. 8:24-cv-01207-FWS-AJR <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Opening Brief, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge as set forth in the Report and Recommendation.

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Court substitutes Commissioner Frank Bisignano as the Defendant in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

IT IS ORDERED that Judgment be entered REVERSING the decision of the Commissioner of the Social Security Administration and remanding this matter for further administrative proceedings consistent with the Report and Recommendation.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 10, 2025

                                            Hon. Fred W. Slaughter
                                            UNITED STATES DISTRICT JUDGE