Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, CA 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff CHIEH YU LIN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHIEH YU LIN,                          )   CASE NO.   8:24-cv-1207 FWS-AJR
                                       )
                    Plaintiff          )
                                       )
          v.                           )   [PROPOSED] ORDER FOR
                                       )   AWARD OF EAJA FEES
FRANK BISIGNANO[1],                    )
Commissioner of Social Security,       )
                                       )
                    Defendant          )
_____)

          Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and

Assignment of EAJA Fees, and all the files, records and proceedings in this matter,

it is hereby

     **ORDERED** that Plaintiff is awarded attorney fees in the total amount of

**$9,500** as authorized by 28 U.S.C. § 2412.

DATED:   March 18, 2026          _____
                                 HONORABLE A. JOEL RICHLIN
                                 UNITED STATES MAGISTRATE JUDGE

_____

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Federal Rule of Civil Procedure 25(d), He should be substituted as the defendant in this suit. Per the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), no further action need be taken to continue this suit.

Proposed Order